Original

FILED

JAN 09 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Anthony M. Keats (SBN 123672)
   akeats@stubbsalderton.com
2  Konrad K. Gatien (Bar No. 221770)
   kgatien@stubbsalderton.com
3  Vivian S. Lee (SBN 273274)
   vlee@stubbsalderton.com
4  STUBBS ALDERTON & MARKILES, LLP
   1453 3rd St. Promenade, Suite 300
5  Santa Monica, California 90401
   Telephone:    (310) 746-9800
6  Facsimile:    (310) 746-9820

7  Attorneys for Plaintiffs
   LOUIS VUITTON MALLETIER, S.A.,
8  CÉLINE, S.A., and CHRISTIAN DIOR, S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a *société anonyme* duly organized and existing under the laws of France; CÉLINE, S.A., a *société anonyme* duly organized and existing under the laws of France; and CHRISTIAN DIOR, S.A., a *société anonyme* duly organized and existing under the laws of France,<br><br>Plaintiffs,<br><br>v.<br><br>GLAMORA BY SADIA, an unknown business entity; SADIA BARRAMEDA, an individual; and JOHN DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. C 14-5421 SC<br><br>**DOCUMENT FILED UNDER SEAL**<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION RE PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

Plaintiffs Louis Vuitton Malletier, S.A., Céline, S.A., and Christian Dior, S.A. (collectively, "Plaintiffs") have brought the instant action in which Plaintiffs seek, among other things, to preliminarily enjoin defendants Glamora by Sadia and Sadia Barrameda (collectively, "Defendants") from infringing or diluting the Plaintiffs' federally registered trademarks and copyrights, as listed in Exhibits 1 through 4 to the Complaint filed in this action (respectively, the "Plaintiffs' Trademarks" and the "Louis Vuitton Copyrighted Prints," and collectively, the "Plaintiffs' Intellectual Property"), and have moved, pursuant to Federal Rule of Civil Procedure 65, for a temporary restraining order and preliminary injunction, and expedited discovery;

NOW, THEREFORE, the Plaintiffs and Defendants have requested the Court to enter this Stipulated Preliminary Injunction and Order for Expedited Discovery, it is hereby ORDERED as follows:

Pending the trial of this case and until further order of this Court, Defendants and their owners, officers, directors, employees, agents, servants, representatives, and all other persons, firms, or corporations acting in active concert or participation with Defendants be enjoined and restrained from:

1. marketing, advertising, distributing, offering to sell, or selling any product, packaging, or any other item of any kind that is or ever was named or labeled with the Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof;

2. using the Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof, on any website or in any other marketing, advertising, or sales materials of any kind;

3. transferring, transporting, shipping, sending, moving, disposing of, discarding, destroying, exporting, or otherwise parting with custody, control, or possession of any product, packaging, or any other item of any kind that is or ever was named or labeled with Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof;

4. modifying, re-labeling, re-packaging, re-naming, concealing, or otherwise

changing the content, appearance, name, packaging, or any other element, aspect, characteristic, or feature of any product, packaging, or other item that is or ever was named or labeled with Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof;

5. transferring, transporting, shipping, sending, moving, disposing of, discarding, destroying, exporting, or otherwise parting with custody, control, or possession of (or modifying, editing, concealing, or otherwise changing the content of) any document, data, or record (including, but not limited to, any computer file, e-mail, spreadsheet, and any other record existing in electronic form) relating in any way to the manufacture, purchase, importation, labeling, assembling, distributing, marketing, advertising, offering to sell, selling, or shipping of any product, package, or any other item of any kind that is or ever was named or labeled with Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof, (including, but not limited to, any record relating to any purchase or any sale of any item bearing Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof);

6. Infringing or diluting any of the trademarks or copyrights identified below:

**Louis Vuitton Trademarks**

| | |
|---|---|
| LV (and pattern design) | 0,297,594 |
| LV (and pattern design) | 2,399,161 |
| LV (and pattern design) | 4,192,541 |
| Interlocking "LV" Design | 1,519,828 |
| Interlocking "LV" Design | 1,794,905 |
| Interlocking "LV" Design | 2,361,695 |
| Interlocking "LV" Design | 4,614,736 |
| LOUIS VUITTON | 1,045,932 |
| LOUIS VUITTON | 3,904,444 |
| LOUIS VUITTON | 1,990,760 |

| | | |
|---|---|---|
| 1 | LOUIS VUITTON | 4,530,921 |
| 2 | LOUIS VUITTON PARIS | 2,346,373 |
| 3 | Damier (Design) | 3,576,404 |
| 4 | S-Lock (Design) | 3,617,909 |
| 5 | Flower (Design) | 2,773,107 |
| 6 | Flower (Design) | 2,177,828 |
| 7 | Flower (Design) | 2,181,753 |

8  **Céline Trademarks**

| | | |
|---|---|---|
| 9 | CÉLINE (Design) | 1,000,156 |
| 10 | CELINE | 1,744,898 |

11  **Dior Trademarks**

| | | |
|---|---|---|
| 12 | Dior (Design) | 1,923,564 |
| 13 | CHRISTIAN DIOR | 0,543,994 |
| 14 | CHRISTIAN DIOR | 1,829,995 |
| 15 | CHRISTIAN DIOR (Design) | 1,816,812 |
| 16 | Dior (Design) | 2,749,176 |
| 17 | Dior (Design) | 3,731,629 |
| 18 | DIOR (Design) | 4,362,717 |

19  **Louis Vuitton Copyrights**

| | | |
|---|---|---|
| 20 | [Multicolor monogram--white print]: no. A31024. | VA0001250120 |
| 21 | Multicolor monogram--white print /by Takashi Murakami. | VA0001365645 |

22   7. effecting assignments or transfers, forming new entities or associations, or utilizing any
23 other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in
24 paragraphs (1) through (6) above; or

25   8. assisting, aiding or abetting any other person or business entity in engaging in any activity
26 referred to in paragraphs (1) through (6) above.

27 ///

28 ///

---

3

C 14-5421 SC - [PROPOSED] ORDER RE STIPULATION
RE PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

1  IT IS FURTHER ORDERED that this Stipulated Preliminary Injunction shall be entered as
2  an order of the Court;
3  IT IS FURTHER ORDERED that Plaintiffs be allowed to immediately subpoena any third
4  parties believed to have information relevant to this action;
5  IT IS FURTHER ORDERED that Plaintiffs may take the deposition of any defendant forty-
6  five (45) days after the Court's issuance of this Order.
7  **IT IS SO ORDERED**.

Dated: __Jan. 9__, 2015

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., et al., <br> Plaintiffs, <br> v. <br> GLAMORA BY SADIA, et al., <br> Defendants. | Case No. 14-cv-05421-SC  (SC) <br><br> *SEALED* <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Michael Keats
Stubbs Alderton & Markiles, LLP
1453 3rd Street Promenade
Suite 300
Santa Monica, CA 90401

Christopher Cannon
Sugarman & Cannon
180 Montgomery Street Suite 2350
San Francisco, CA 94104

Dated: 1/9/2015

Richard W. Wieking
Clerk, United States District Court

By: _____
Tana Ingle, Deputy Clerk to the
Honorable SAMUEL CONTI