IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.; CÉLINE, S.A.; and CHRISTIAN DIOR, S.A.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GLAMORA BY SADIA; SADIA BARRAMEDA; et al.,<br><br>　　　　Defendants. | Case No. CV 14-05421 SC<br><br>ORDER UNSEALING CASE |

On March 18, 2015, the Court ordered Plaintiffs in this matter to show cause why this case should remain sealed. The Court also offered Defendants an opportunity to explain their support of, or opposition to, the Court's maintenance of this litigation under seal. See ECF No. 34 ("Show Cause Order"). The Court issued that order in light of the strong public policy concerns in favor of public access to court records and because it appears to the Court that the reasons for sealing this case no longer apply. See id. (citing Kamakana v. City & Cnty. of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006) ("Courts have recognized a 'general right to

inspect and copy public records and documents, including judicial records and documents.'").

Plaintiffs timely responded to the order to show cause with statement explaining that they do not oppose the unsealing of this case. See ECF No. 38. The deadline for Defendants to respond was April 1, 2015, but they have declined to do so. In light of the strong presumption in favor of public access to judicial records and the lack of opposition from any party, the Court finds that this case should be unsealed. Accordingly, the Court DIRECTS the clerk to unseal this case.

IT IS SO ORDERED.

Dated: April 15, 2015

_____
UNITED STATES DISTRICT JUDGE