Anthony M. Keats (SBN 123672)
*akeats@stubbsalderton.com*
Konrad K. Gatien (Bar No. 221770)
*kgatien@stubbsalderton.com*
STUBBS ALDERTON & MARKILES, LLP
1453 3rd St. Promenade, Suite 300
Santa Monica, California 90401
Telephone:   (310) 746-9800
Facsimile:    (310) 746-9820

Attorneys for Plaintiffs
LOUIS VUITTON MALLETIER, S.A.,
CÉLINE, S.A., and CHRISTIAN DIOR, S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a *société anonyme* duly organized and existing under the laws of France; CÉLINE, S.A., a *société anonyme* duly organized and existing under the laws of France; and CHRISTIAN DIOR, S.A., a *société anonyme* duly organized and existing under the laws of France,<br><br>Plaintiffs,<br><br>v.<br><br>GLAMORA BY SADIA, an unknown business entity; SADIA BARRAMEDA, an individual; NEW COMPENDIUM CORPORATION, a Colorado corporation; and JOHN DOES 2 to 10, inclusive,<br><br>Defendants. | CASE NO. CV 14-05421 SC<br><br>*[Assigned to the Hon. Samuel Conti]*<br>MODIFIED<br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE THE TRIAL DATE**<br><br>[*Lodged concurrently with the Stipulation and Declarations of Anthony M. Keats, Monte S. Travis and Peter Weber*] |

The matter before the Court is plaintiffs Louis Vuitton Malletier, S.A., Céline, S.A., and Christian Dior, S.A. (collectively, "Plaintiffs") and defendants Glamora By Sadia, Sadia Barrameda, and New Compendium Corporation's (collectively, "Defendants") Stipulation to Continue the Trial Date pursuant to Local Rule 6-2.  Having reviewed Plaintiffs and Defendants' Stipulation to Continue the Trial Date and the accompanying declarations in support, and for good cause showing:

The Court hereby extends and resets the trial and pretrial and associated dates as follows:

| Event | New Date |
|---|---|
| Discovery / Deposition Cut-Off | February 5, 2016 |
| Motion Hearing Cut-Off (Notice pursuant to L.R. 7-2) | March 4, 2015 |
| Pre-Trial Conference | ~~April 8, 2016~~ April 1, 2016 |
| Jury Trial | April 11, 2016 |

**IT IS SO ORDERED.**

Date: _____09/23_____, 2015

Hon. S.
UNITED



IT IS SO ORDERED AS MODIFIED
Judge Samuel Conti

CV 14-05421 SC
[PROPOSED] ORDER RE STIPULATION
TO CONTINUE TRIAL DATE