Timothy J. Halloran - 104498
   (thalloran@mpbf.com)
Peter L. Weber - 218473
   (pweber@mpbf.com)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087

Attorneys for Defendants
GLAMORA BY SADIA, SADIA BARRAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A. a société anonyme duly organized and existing under the laws of France; CELINE, S.A., a société anonyme duly organized and existing under the laws of France; and CHRISTIAN DIOR, S.A., a société anonyme duly organized and existing under the laws of France , <br><br>       Plaintiffs, <br><br> v. <br><br> GLAMORA BY SADIA, an unknown business entity; SADIA BARRAMEDA, an individual; NEW COMPENDIUM CORPORATION, a Colorado corporation; and JOHN DOES 2 to 10, inclusive, <br><br>       Defendants. | Case No.: 3:14-cv-05421-SC <br><br> [ASSIGNED TO THE HON. SAMUEL CONTI] <br><br> **STIPULATION AND ORDER [PROPOSED] TO MODIFY THE TEMPORARY RESTRAINING ORDER FREEZING DEFENDANTS' REAL PROPERTY AND FINANCIAL ACCOUNTS AND ASSETS** |

The parties, through their respective counsel, stipulate as follows:

**RECITALS**

WHEREAS, on October 26, 2015, Plaintiffs LOUIS VUITTON MALLETIER, S.A., CELINE, S.A., and CHRISTIAN DIOR, S.A. filed an ex parte application for a Temporary Restraining Order to Freeze Defendants' Assets;

WHEREAS, on October 26, 2015, this Court issued a Temporary Restraining Order ("Order")

- 1 -
STIPULATION AND ORDER [PROPOSED] TO MODIFY THE TEMPORARY RESTRAINING ORDER FREEZING
DEFENDANTS' REAL PROPERTY AND FINANCIAL ACCOUNTS AND ASSETS

1 restraining and enjoining Defendants from transferring or disposing of any money or other of
2 Defendants' assets and not allowing such funds to be transferred or withdrawn, without prior approval
3 of the Court;

4     WHEREAS, the Order has caused various financial accounts utilized by Defendant Sadia
5 Barrameda for the payment of living expenses to be frozen, putting her in danger of missing payments
6 to her mortgage company, among others;

7     WHEREAS, the Order has caused various financial accounts utilized by Defendant New
8 Compendium Corporation for the payment of business expenses to be frozen, putting it in danger of
9 missing payments to its accounting consultant, among others;

10     WHEREAS, the Order permits Defendants to move the Court to modify the provisions of the
11 Order to permit payments for ordinary living expenses not to exceed three thousand dollars ($3,000)
12 and legitimate business expenses;

13     WHEREAS, the Order schedules the matter for a hearing on November 9, 2015, on Plaintiffs'
14 request for a Preliminary Injunction;

15     WHEREAS, the parties met and conferred in order to modify the amounts Defendants are
16 permitted to withdraw from their accounts as discussed below:

## STIPULATION

18     The Order is modified to permit Defendant Sadia Barrameda to pay ordinary living expenses up
19 to $12,000.00 per month between now and the issuance of an Order on Plaintiffs' request for a
20 Preliminary Injunction.

21     The Order is modified to permit Defendant New Compendium Corporation to pay ordinary,
22 legitimate business expenses up to $3,000.00 per week between now and the issuance of an Order on
23 Plaintiffs' request for a Preliminary Injunction.

24     The Order is further modified to permit Defendants to pay legal fees of $20,000.00 to Travis &
25 Travis.

26     The Order is further modified to permit New Compendium Corporation and Alpine Securities
27 to transfer assets sufficient to cover the expenditures permitted above into Defendants' accounts at
28 Bank of America, and to permit Bank of America to disburse funds from Defendants' accounts to

STIPULATION AND ORDER [PROPOSED] TO MODIFY THE TEMPORARY RESTRAINING ORDER FREEZING
DEFENDANTS' REAL PROPERTY AND FINANCIAL ACCOUNTS AND ASSETS

Defendants or for their benefit in amounts up to the limits set forth above.

Dated: October 30, 2015

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Peter L. Weber
Attorneys for Defendants
GLAMORA BY SADIA, SADIA BARRAMEDA

Dated: 10-30-15

TRAVIS & TRAVIS

By _____
Monte S. Travis
Attorneys for Defendant
New Compendium Corporation

Dated: 10/30/15

STUBBS ALDERTON & MARKILES, LLP

By _____
Anthony M. Keats
Attorneys for Plaintiffs LOUIS VUITTON MALLETIER, S.A., CELINE, S.A., CHRISTIAN DIOR, S.A.

## ORDER

The Order is modified to permit Defendant Sadia Barrameda to pay ordinary living expenses up to $12,000.00 per month between now and the issuance of an Order on Plaintiffs' request for a Preliminary Injunction.

The Order is modified to permit Defendant New Compendium Corporation to pay ordinary, legitimate business expenses up to $3,000.00 per week between now and the issuance of an Order on Plaintiffs' request for a Preliminary Injunction.

The Order is further modified to permit Defendants to pay legal fees of $20,000.00 to Travis & Travis.

The Order is further modified to permit New Compendium Corporation and Alpine Securities

to transfer assets sufficient to cover the expenditures permitted above into Defendants' accounts at Bank of America, and to permit Bank of America to disburse funds from Defendants' accounts to Defendants or for their benefit in amounts up to the limits set forth above.

Counsel for Plaintiffs shall immediately cause a copy of this Order to be served upon Bank of America and Alpine Securities.

Dated: _____, 2015

_____
United States District Judge

PLW.20990138.doc

- 4 -
STIPULATION AND ORDER [PROPOSED] TO MODIFY THE TEMPORARY RESTRAINING ORDER FREEZING DEFENDANTS' REAL PROPERTY AND FINANCIAL ACCOUNTS AND ASSETS

# CERTIFICATE OF SERVICE

I, Hannah K. Lincecum, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On October 30, 2015, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER [PROPOSED] TO MODIFY THE TEMPORARY RESTRAINING ORDER FREEZING DEFENDANTS' REAL PROPERTY AND FINANCIAL ACCOUNTS AND ASSETS**

| ✓ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 30, 2015, I checked the CM/ECF docket for this proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: |
|---|---|

Anthony M. Keats  
Konrad K. Gatien  
Stubbs Alderton & Markiles, LLP  
11453 3rd Street Promenade, Suite 300  
Santa Monica, CA 90401  
akeats@stubbsalderton.com  
kgatien@stubbsalderton.com  

Attorney For Plaintiffs  
LOUIS VUITTON MALLETIER, S.A., CELINE, S.A. AND CHRISTIAN DIOR, S.A.

Monte S. Travis  
Robert P. Travis  
Travis & Travis  
1388 Sutter Street, Suite 903  
San Francisco, CA 94109  
montetravis@mac.com  
robert.p.travis@icloud.com  

Attorney For Defendants  
GLAMORA BY SADIA, SADIA BARRAMEDA AND NEW COMPENDIUM CORPORATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 30, 2015.

By: */s/ Hannah K. Lincecum*  
Hannah K. Lincecum