**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GLAMORA BY SADIA, et al.,<br><br>Defendants. | Case No. 14-cv-05421-BLF<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER; AND SETTING HEARING ON ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Plaintiffs Louis Vuitton Malletier, S.A., Celine, S.A., and Christian Dior, S.A. are French fashion companies that manufacture and distribute luxury goods such as apparel, handbags, and other accessories. Plaintiffs allege that Defendant Sadia Barrameda ("Barrameda"), individually and doing business as Defendant Glamora By Sadia ("Glamora"), sells counterfeit purses and other goods that are represented to be manufactured by Plaintiffs. Defendant New Compendium Corporation, a corporation wholly owned and controlled by Barrameda, allegedly is used to pay the expenses of Barrameda and Glamora and to facilitate the sales of counterfeit goods.

On October 26, 2015, the judge then-assigned to this case, the Honorable Samuel Conti, issued a temporary restraining order ("TRO") freezing Defendants' real property, financial accounts, and assets, and issued an Order to Show Cause ("OSC") why a preliminary injunction should not issue. *See* TRO, ECF 76. Judge Conti set the hearing on the OSC re preliminary injunction for November 9, 2015, fourteen days after issuance of the TRO.

Under Federal Rule of Civil Procedure 65(b), the TRO issued in this case "expires at the time after entry – not to exceed 14 days – that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b). "The reasons for an extension must be entered in the record." *Id.*

1         On November 3, 2015, the case was reassigned to the undersigned judge.  Because of the many other matters on the Court's calendar, including a one-month criminal trial that commenced on October 30, 2015, the Court cannot hear this case on or before the date set by Judge Conti, which is the fourteenth day after issuance of the TRO.  The Court has approved the parties' stipulation allowing release of certain of Defendants' funds to ensure that necessary personal and business expenses are paid, which will significantly lessen the harm to Defendants pending consideration of the motion for preliminary injunction.

Accordingly, IT IS HEREBY ORDERED that:

(1)    The TRO is EXTENDED for an additional fourteen days, through November 23, 2015, in order to give the Court adequate time to become familiar with the file, conduct a hearing on the OSC re preliminary injunction, and issue a reasoned decision; and

(2)    The parties SHALL APPEAR for a hearing on the OSC re preliminary injunction before the undersigned judge at 9:00 a.m. on November 12, 2015.

Dated:  November 4, 2015

_____
BETH LABSON FREEMAN
United States District Judge