UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.,, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>GLAMORA BY SADIA, et al.,<br><br>             Defendants. | Case No.  14-cv-05421-BLF<br><br>**ORDER SETTING DEADLINE FOR FILING OF REPLY BRIEF** |

As is well-known to the parties, the Court on October 26, 2015 issued a temporary restraining order and order to show cause re preliminary injunction.  The Court directed Defendants to file any opposition on or before November 4, 2015, which they did.[1]  Plaintiffs may file a reply on or before November 10, 2015 at 5:00 p.m.  The hearing on the order to show cause re preliminary injunction remains set for 9:00 a.m. on November 12, 2015.

**IT IS SO ORDERED.**

Dated:  November 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] Defendants submitted their opposition in conjunction with an administrative motion to file the opposition under seal.  *See* Admin. Motion to File Under Seal Opposition, ECF 84.  The Court will address Plaintiffs' sealing motion promptly upon the expiration of the time for response to that motion.  *See* Civ. L.R. 7-11(b) (response to administrative motion must be filed within four days); 79-5(d) (motion to seal must be presented by administrative motion under Civ. L.R. 7-11).