1
2
3   UNITED STATES DISTRICT COURT
4   NORTHERN DISTRICT OF CALIFORNIA
5   SAN JOSE DIVISION
6
7   LOUIS VUITTON MALLETIER, S.A.,, et al.,

Case No. 14-cv-05421-BLF

8   Plaintiffs,
9   v.

**ORDER RE PARTIES' JOINT ADMINISTRATIVE MOTION FOR CLARIFICATION OF CASE SCHEDULE**

10  GLAMORA BY SADIA, et al.,
11  Defendants.

[Re: ECF 99]

12
13   On December 16, 2015, the parties filed a joint administrative motion seeking clarification
14  regarding the case schedule and, in particular, the effect of the reassignment to the undersigned
15  judge upon deadlines and court dates previously set in the case.
16   IT IS HEREBY ORDERED that all pending deadlines and court dates are VACATED
17  with the exception of the Case Management Conference set for March 3, 2016 at 11:00 a.m.  The
18  Court will set an appropriate case schedule at the Case Management Conference.  The parties are
19  advised that the Court currently is setting trials in late 2017 and early 2018.
20
21  Dated:  December 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge

22
23
24
25
26
27
28