1  Anthony M. Keats (SBN 123672)
   *tony@keatsgatien.com*
2  Konrad K. Gatien (Bar No. 221770)
   *kg@keatsgatien.com*
3  Matthew E. Graham (SBN 308115)
   *matt@keatsgatien.com*
4  KEATS GATIEN LLP
   120 S. El Camino Drive, Suite 207
5  Beverly Hills, CA 90212
   Telephone:     (424) 302-0692
6
   Attorneys for Plaintiffs
7  LOUIS VUITTON MALLETIER, S.A.,
   CÉLINE, S.A., and CHRISTIAN DIOR, S.A.
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a *société anonyme* duly organized and existing under the laws of France; CÉLINE, S.A., a *société anonyme* duly organized and existing under the laws of France; and CHRISTIAN DIOR, S.A., a *société anonyme* duly organized and existing under the laws of France,<br><br>Plaintiffs,<br><br>v.<br><br>GLAMORA BY SADIA, an unknown business entity; SADIA BARRAMEDA, an individual; NEW COMPENDIUM CORPORATION, a Colorado corporation; and JOHN DOES 2 to 10, inclusive,<br><br>Defendants. | Case No. 5:14-cv-05421-BLF<br><br>*[Hon. Beth Labson Freeman]*<br><br>**STIPULATED PERMANENT INJUNCTION; AND [PROPOSED] ORDER** |

**WHEREAS**, Plaintiffs Louis Vuitton Malletier, S.A., Céline, S.A., and Christian Dior, S.A. (collectively, "Plaintiffs") have brought the instant action in which Plaintiffs alleged that defendants Glamora by Sadia, Sadia Barrameda and New Compendium Corporation (collectively, "Defendants") engaged in federal trademark counterfeiting, federal false designation of origin, federal trademark dilution, federal copyright infringement, state statutory and common law trademark infringement, state unfair competition, and a constructive trust involving the Plaintiffs' federally registered trademarks and copyrights, as listed below in Paragraph 4(f) (respectively, the "Plaintiffs' Trademarks" and the "Louis Vuitton Copyrighted Prints," and collectively, the "Plaintiffs' Intellectual Property"); and Plaintiffs and Defendants (collectively, the "Parties") now desiring to settle the controversy between them by, among other things, having the Court enter a permanent injunction against Defendants.

**NOW, THEREFORE, THE PARTIES,** by and through their counsel, **HEREBY STIPULATE AND REQUEST THAT THE COURT ENTER AN ORDER FOR PERMANENT INJUNCTION**, as follows, that:

1. This Court has jurisdiction over the Parties to this action and over the subject matter hereof pursuant to 15 U.S.C. sections 1116(a) and 1121; 28 U.S.C. Section 1331 and Sections 1338 (a) and (b); and 28 U.S.C. Section 1367.  Venue in this district is proper pursuant to 28 U.S.C. Section 1391 (b) and (c). Service was properly made against Defendants.

2. Louis Vuitton Malletier, S.A. is organized and existing under the laws of France, with its principal place of business in Paris, France. Christian Dior, S.A. is organized and existing under the laws of France, with its principal place of business in Paris, France. Céline, S.A. is organized and existing under the laws of France, with its principal place of business in Paris, France.

3. The Plaintiffs' Intellectual Property is in full force and effect; and the trademarks thereof and the goodwill of Plaintiffs' businesses in connection with which the trademarks are used have never been abandoned.

4. Without making any admission of liability or fault, Defendants and their owners, officers, directors, employees, agents, servants, representatives, and all other persons, firms, or

1

corporations acting in active concert or participation with Defendants (collectively, the "Enjoined Parties") agree to be immediately and permanently enjoined and restrained throughout the world from:

    a. Using any reproduction, counterfeit, copy of colorable imitation of the Plaintiffs' Trademarks or Trade Dress to identify any goods or the rendering of any services not authorized by Plaintiffs;

    b. Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead of deceive purchasers, Defendants' customers, and/or members of the public to believe that the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved, or licensed by Plaintiffs, or are in some way connected or affiliated with Plaintiffs;

    c. Manufacturing, marketing, advertising, distributing, offering to sell, or selling any product, packaging, or any other item of any kind that is or ever was named or labeled with the Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof;

    d. Using the Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof, on any website or in any other marketing, advertising, or sales materials of any kind;

    e. Transferring, transporting, shipping, sending, moving, disposing of, discarding, destroying, importing, exporting, or otherwise parting with custody, control, or possession of any product, packaging, or any other item of any kind that is or ever was named or labeled with Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints, or any colorable imitation thereof;

    f. Infringing or diluting any of the trademarks or copyrights identified below:

**Louis Vuitton Trademarks**

| | |
|---|---|
| LV (and pattern design) | 0,297,594 |
| LV (and pattern design) | 2,399,161 |

2

CASE NO. 5:14-CV-05421-BLF
STIPULATED PERMANENT INJUNCTION & [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | LV (and pattern design) | 4,192,541 |
| 2 | Interlocking "LV" Design | 1,519,828 |
| 3 | Interlocking "LV" Design | 1,794,905 |
| 4 | Interlocking "LV" Design | 2,361,695 |
| 5 | Interlocking "LV" Design | 4,614,736 |
| 6 | LOUIS VUITTON | 1,045,932 |
| 7 | LOUIS VUITTON | 3,904,444 |
| 8 | LOUIS VUITTON | 1,990,760 |
| 9 | LOUIS VUITTON | 4,530,921 |
| 10 | LOUIS VUITTON PARIS | 2,346,373 |
| 11 | Damier (Design) | 3,576,404 |
| 12 | S-Lock (Design) | 3,617,909 |
| 13 | Flower (Design) | 2,773,107 |
| 14 | Flower (Design) | 2,177,828 |
| 15 | Flower (Design) | 2,181,753 |

**Céline Trademarks**

| | | |
|---|---|---|
| 17 | CÉLINE (Design) | 1,000,156 |
| 18 | CELINE | 1,744,898 |

**Dior Trademarks**

| | | |
|---|---|---|
| 20 | Dior (Design) | 1,923,564 |
| 21 | CHRISTIAN DIOR | 0,543,994 |
| 22 | CHRISTIAN DIOR | 1,829,995 |
| 23 | CHRISTIAN DIOR (Design) | 1,816,812 |
| 24 | Dior (Design) | 2,749,176 |
| 25 | Dior (Design) | 3,731,629 |
| 26 | DIOR (Design) | 4,362,717 |

**Louis Vuitton Copyrights**

[Multicolor monogram--white print]: No. A31024 - VA0001250120

3

Multicolor monogram--white print /by Takashi Murakami - VA0001365645

      g.  Assisting, aiding or abetting any other person or business entity in engaging in any activity referred to in paragraphs (a) through (f) above.

The Enjoined Parties may buy and sell for their personal non-commercial use the genuine products named or labeled with Plaintiffs' Trademarks or the Louis Vuitton Copyrighted Prints.

**THE PARTIES FURTHER AGREE AND STIPULATE** that:

5.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the enforcement or punishment for any violations of this Permanent Injunction;

6.    This Permanent Injunction be deemed to have been served upon Defendants at the time of its execution by the Court;

7.    The Court expressly determine that there is no just reason for delay in entering this Order, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court direct entry of this Permanent Injunction against Defendants.

**IT IS SO STIPULATED:**

KEATS GATIEN LLP

Dated: November 29, 2017    By: /s/Anthony M. Keats
    Anthony M. Keats
    Konrad K. Gatien
    Matthew E. Graham
    Attorneys for Plaintiffs
    LOUIS VUITTON MALLETIER, S.A.,
    CÉLINE, S.A., and CHRISTIAN DIOR, S.A.

TRAVIS & TRAVIS

Dated: November 29, 2017    By: /s/Monte S. Travis
    Monte S. Travis
    Attorneys for Defendants
    GLAMORA BY SADIA, SADIA BARRAMEDA
    and NEW COMPENDIUM CORPORATION

Dated: November 29, 2017          MURPHY, PEARSON, BRADLEY & FEENEY

By: /s/Peter L. Weber
    Peter L. Weber
    Attorneys for Defendants
    GLAMORA BY SADIA and SADIA BARRAMEDA

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: _____, 2017

Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION:** I hereby attest that I have authorization for any signatures indicated by a conformed signature within this e-filed document, and that all other signatories herein listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing of same.

/s/Anthony M. Keats
Anthony M. Keats