| | |
|---|---|
| 1 | Anthony M. Keats (SBN 123672) |
| | *tony@keatsgatien.com* |
| 2 | Konrad K. Gatien (Bar No. 221770) |
| | *kg@keatsgatien.com* |
| 3 | Matthew E. Graham (SBN 308115) |
| | *matt@keatsgatien.com* |
| 4 | KEATS GATIEN LLP |
| | 120 S. El Camino Drive, Suite 207 |
| 5 | Beverly Hills, CA 90212 |
| | Telephone:   (424) 302-0692 |
| 6 | |
| 7 | Attorneys for Plaintiffs |
| | LOUIS VUITTON MALLETIER, S.A., |
| 8 | CÉLINE, S.A., and CHRISTIAN DIOR, S.A. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., a *société anonyme* duly organized and existing under the laws of France; CÉLINE, S.A., a *société anonyme* duly organized and existing under the laws of France; and CHRISTIAN DIOR, S.A., a *société anonyme* duly organized and existing under the laws of France, | Case No. 5:14-cv-05421-BLF |
| | *[Hon. Beth Labson Freeman]* |
| | **STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Plaintiffs, | |
| v. | |
| GLAMORA BY SADIA, an unknown business entity; SADIA BARRAMEDA, an individual; NEW COMPENDIUM CORPORATION, a Colorado corporation; and JOHN DOES 2 to 10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs LOUIS VUITTON MALLETIER, S.A., CÉLINE, S.A., and CHRISTIAN DIOR, S.A. ("Plaintiffs") and defendants GLAMORA BY SADIA, SADIA BARRAMEDA and NEW COMPENDIUM CORPORATION ("Defendants") (Plaintiffs and Defendants are collectively referred to herein as the "Parties"), by and through their counsel of record, hereby stipulate and agree that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

The Parties further stipulate that the Plaintiffs and Defendants shall each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED:**

KEATS GATIEN LLP

Dated:  December 11, 2017    By:/s/Anthony M. Keats
                                Anthony M. Keats
                                Konrad K. Gatien
                                Matthew E. Graham
                                Attorneys for Plaintiffs
                                LOUIS VUITTON MALLETIER, S.A.,
                                CÉLINE, S.A., and CHRISTIAN DIOR, S.A.

TRAVIS & TRAVIS

Dated: December 11, 2017     By:/s/Monte S. Travis
                                Monte S. Travis
                                Attorneys for Defendants
                                GLAMORA BY SADIA, SADIA BARRAMEDA
                                and NEW COMPENDIUM CORPORATION

MURPHY, PEARSON, BRADLEY & FEENEY

Dated: December 11, 2017     By:/s/Peter L. Weber
                                Peter L. Weber
                                Attorneys for Defendants
                                GLAMORA BY SADIA and SADIA BARRAMEDA

1  **SIGNATURE ATTESTATION:**  I hereby attest that I have authorization for any
2  signatures indicated by a conformed signature within this e-filed document, and that all other
3  signatories herein listed, and on whose behalf this filing is submitted, concur in its content and have
4  authorized the filing of same.

/s/Anthony M. Keats
Anthony M. Keats

2

CASE NO. 5:14-CV-05421-BLF
STIPULATED DISMISSAL (FRCP 41(a)(1)(A)(ii))